■ FGH REALTY CREDIT CORP., Respondent, v BROOKE ASSOCIATES, Appellant, et al., Defendants. [621 NYS2d 896] —In an action to foreclose a mortgage, the defendant Brooke Associates appeals (1) from a decision of the Supreme Court, Nassau County (Molloy, J.), dated January 21, 1994, which granted

the plaintiff's motion for a judgment of foreclosure and sale, and (2) a judgment of foreclosure and sale of the same court, entered January 24, 1994.

Ordered that the appeal from the decision is dismissed since no appeal lies from a decision; and it is further,

Ordered that the judgment is affirmed; and it is further,

Ordered that the respondent is awarded one bill of costs.

The defendant's contentions are without merit *(see, Peoples Westchester Sav. Bank v Parry,* 147 AD2d 463; *Isaacson v Karpe,* 84 AD2d 868). Miller, J. P., Joy, Krausman and Goldstein, JJ., concur.